No. 93–89.  HOUSER v. UNITED STATES.  Ct. Mil. App.  Certiorari denied.

No. 93–91.  KITTAY, CHAPTER 11 TRUSTEE FOR STOCKBRIDGE FUNDING CORP. v. FARMERS BANK ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 93–92.  WILLIAMS v. PALMORE, SECRETARY, LABOR CABINET OF KENTUCKY, ET AL.  Ct. App. Ky.  Certiorari denied.

No. 93–93.  ROANOKE RIVER BASIN ASSN. v. HUDSON ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 93–94.  BISER v. TOWN OF BEL AIR, MARYLAND, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 93–95.  EDWARDS v. FEDERAL COMMUNICATIONS COMMISSION.  C. A. D. C. Cir.  Certiorari denied.

No. 93–98.  ROBB v. ELECTRONIC DATA SYSTEMS.  C. A. 5th Cir.  Certiorari denied.

No. 93–99.  U. S. METROLINE SERVICES, INC. v. SOUTHWESTERN BELL TELEPHONE CO.  C. A. 5th Cir.  Certiorari denied.

No. 93–101.  GATES ET UX. v. PORT SAN LUIS HARBOR DISTRICT ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 93–103.  TEXAS v. MITCHELL.  Ct. Crim. App. Tex.  Certiorari denied.

No. 93–104.  FESTA v. LOCAL 3, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 93–106.  AREA INTERSTATE TRUCKING, INC., ET AL. v. INDIANA DEPARTMENT OF REVENUE ET AL.  Tax Ct. Ind.  Certiorari denied.

No. 93–107.  NOACK ET UX. v. STATE FARM FIRE & CASUALTY CO. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 93–110.  AMERICAN COUNCIL OF THE BLIND OF COLORADO, INC., ET AL. v. ROMER, GOVERNOR OF COLORADO, ET AL.  C. A. 10th Cir.  Certiorari denied.